IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**SHELL TRADEMARK MANAGEMENT BV, ET AL**                              **PLAINTIFFS**

**VS.**                    **CASE NO. 5:09CV00192 JMM**

**ALABAMA PETRO, ET AL.**                                             **DEFENDANTS**

### ORDER

The Clerk of the Court is directed to set aside the show cause order directed to Donald Jenkins entered August 9, 2010.

IT IS SO ORDERED THIS   11   day of   August  , 2010.

_____
James M. Moody
United States District Judge