**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**SHELL TRADEMARK MANAGEMENT BV**
**and MOTIVA ENTERPRISES LLC**                                                **PLAINTIFFS**

**VS.**                         **CASE NO. 5:09-CV-0192JMM**

**FLABAMA PETRO, INC. ET AL.**                                        **DEFENDANTS**

## ORDER

On October 29, 2010, Plaintiffs' Motion for Contempt (Doc. 37) came on for hearing. Plaintiffs appeared by and through their attorney, John P. Talbot, and Gamma Mart Corporation and Iota Mart Corporation failed to appear. From the Motion, the statements of counsel and the other facts and matter before it, the Court finds that the Motion for Contempt should be granted. Pursuant to Fed. R. Civ. P. 70 (a), Plaintiffs are authorized through agents or contractors to enter upon and fully remove their trademarks and trade dress from the store locations at 601 North Hutchinson in Pine Bluff, Arkansas and U.S. Highway 65 in Humnoke, Arkansas. After the removal, Plaintiffs may submit evidence of their costs and expenses, and the Court will award judgment in an appropriate amount against Gamma Mart Corporation and Iota Mart Corporation.

IT IS SO ORDERED.

_____
U.S. DISTRICT JUDGE
November 4, 2010