IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**SHELL TRADEMARK MANAGEMENT BV**
**and MOTIVA ENTERPRISES LLC**                                                          **PLAINTIFFS**

VS.                                  CASE NO. 5:09CV00192 JMM

**FLABAMA PETRO, INC. ET AL.**                                                          **DEFENDANTS**

**ORDER**

Plaintiff Shell Trademark Management and Defendant M.R. Petroleum, LLC, are directed to file a status report in the above styled case on, or before, April 1, 2011. Included in this report will be whether there is a need to reschedule the bench trail previously set for November 8, 2010.

IT IS SO ORDERED THIS  21  day of   March  , 2011.


                                                                  _____
                                                                  James M. Moody
                                                                  United States District Judge