**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**


**SHELL TRADEMARK MANAGEMENT BV**
**and MOTIVA ENTERPRISES LLC**                                                    **PLAINTIFFS**

**VS.**                              **CASE NO. 5:09-CV-0192 JMM**

**FLABAMA PETRO, INC. ET AL.**                                              **DEFENDANTS**

## <u>ORDER</u>

Based upon the parties Stipulation of Dismissal, all claims against Defendant M.R.

Petroleum, LLC, are dismissed without prejudice.

IT IS SO ORDERED THIS  26  day of   May  , 2011.




_____
James M. Moody
United States District Judge