**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**SHELL TRADEMARK MANAGEMENT BV**
**and MOTIVA ENTERPRISES LLC**                                                          **PLAINTIFFS**

VS.                              CASE NO. 5:09-CV-0192JMM

**FLABAMA PETRO, INC. ET AL.**                                                          **DEFENDANTS**

## ORDER

Having been informed by Plaintiffs that they will not be submitting evidence of costs and expenses as described in the Court's Order of November 4, 2010, and with all claims being either dismissed with prejudice or adjudicated, the Clerk of the Court is directed to close the case.

IT IS SO ORDERED THIS  1   day of   June 1,  2011.

_____
James M. Moody
United States District Judge