**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**SHELL TRADEMARK MANAGEMENT BV
and MOTIVA ENTERPRISES LLC**                                                              **PLAINTIFFS**

**VS.                              CASE NO. 5:09-CV-0192 JMM**

**FLABAMA PETRO, INC. ET AL.**                                                              **DEFENDANTS**

## AMENDED ORDER

The Court's Order of June 1, 2011, is amended to reflect that the dismissal of claims against Defendant M.R. Petroleum, LLC are without prejudice as previously stated in the Court's Order of May 26, 2011.

IT IS SO ORDERED THIS  15   day of   June   2011.


_____
James M. Moody
United States District Judge